FILED

DEC 18 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 1:25-cr-333

BIN HAO,

Defendant.

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Wire Fraud)

1.      From at least 2017, through at least 2020, in the Eastern District of Virginia and elsewhere, the defendant, Bin Hao, having devised a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises transmitted and caused to be transmitted writings, signs, signals, pictures, and sounds by means of wire communication in interstate or foreign commerce for the purpose of executing the scheme and artifice to defraud.   To wit, the defendant pooled investors' funds and then allocated those funds in various ways, including in ways that were inconsistent with both the defendant's representations to investors and the investors' understanding when they invested the funds. The defendant caused these representations to be transmitted in interstate commerce by means of email and internet messaging application.

(In violation of Title 18, United States Code, Section 1343).

1

## FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, Bin Hao, is hereby notified that, if convicted of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds that the defendant obtained, directly or indirectly, as the result of the violation.

Pursuant to 21 U.S.C. § 853(p), the defendant, Bin Hao, shall forfeit substitute property, if, by any act or omission of the defendant, Bin Hao, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Respectfully submitted,

Date: <u>December 11, 2025</u>　　　　By: _Jordan Harvey_____

Jordan Harvey
Assistant United States Attorney

2